# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jemps Florient

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-5823-LL-DEB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Petition for Writ of Habeas Corpus. Respondents shall immediately release Petitioner from custody subject to the conditions of his preexisting release. This case is hereby closed.

**Date:** 10/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-5823-LL-DEB

Respondent:

Christopher J. LaRose,
Senior Warden, Otay Mesa Detention Center, San Diego, California;

Daniel A. Brightman,
Acting Field Office Director, San Diego Office of Detention and Removal, U.S. Immigrations and Customs Enforcement;

U.S. Department of Homeland Security;

David Venturella,
Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security;

Sirce Owen,
Acting Director for Executive Office for Immigration Review;

Markwayne Mullin,
Secretary, U.S. Department of Homeland Security;

Todd Blanche,
Attorney General of the United States